# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

November 19, 2018

**VIA ECF**

Hon. Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

           **Re:**    *Juarez Calixto, et al. v. Gomez Enterprises USA Corp., et al*
                     Case No. 17-cv-9617

Dear Judge Torres:

      This office represents Plaintiff Emilio Juarez Calixto ("Plaintiff") in the above-referenced matter. We submit this letter, together with Defendants' counsel, to respectfully request that the Court approve the settlement reached between Plaintiff and Defendants Gomez Enterprise USA Corp. (d/b/a Café 37) ("Defendant" and together with Plaintiff, the "Parties").

      On October 26, 2018, the parties submitted their original settlement agreement and accompanying fairness materials (the "Initial Submissions"). On October 30, 2018, Your Honor directed the Parties to submit a revised settlement agreement that comported with Your Honor's order dated October 30, 2018 (the "Order"). The Parties have revised their agreement to comport with the Order. Attached hereto as **Exhibit A** is the Parties' revised agreement. The parties respectfully request that Your Honor approve of the revised agreement as fair. We thank the Court for its time and attention to this matter.

                                                  Respectfully Submitted,

                                                  /s/ Michael Faillace
                                                  Michael Faillace, Esq.
                                                  Michael Faillace & Associates, P.C.
                                                  *Attorneys for Plaintiff*

cc:     Lorena Duarte, Esq. (via ECF)
         *Attorney for Defendants*