# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165  
_____

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

December 10, 2018

**VIA ECF**

Hon. Analisa Torres  
United States District Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

                  **Re:**   *Juarez Calixto, et al. v. Gomez Enterprises USA Corp., et al*  
                               Case No. 17-cv-9617

Dear Judge Torres:

      This office represents Plaintiff Emilio Juarez Calixto ("Plaintiff") in the above-referenced matter. We submit this letter, together with Defendants' counsel, to respectfully request that the Court approve the settlement reached between Plaintiff and Defendants Gomez Enterprise USA Corp. (d/b/a Café 37) ("Defendant" and together with Plaintiff, the "Parties").

      On November 19, 2018, the parties submitted a revised settlement agreement and accompanying fairness materials. On November 26, 2018, Your Honor denied the Parties' request and directed the parties to submit a revised settlement agreement with a mutual release that releases Plaintiff from potential claims by Defendant. The Parties have revised their agreement to comport with Your Honor's Order. Attached hereto as **Exhibit A** is the Parties' revised agreement. The parties respectfully request that Your Honor approve of the revised agreement as fair. We thank the Court for its time and attention to this matter.

                                        Respectfully Submitted,

                                        /s/ Michael Faillace  
                                        Michael Faillace, Esq.  
                                        Michael Faillace & Associates, P.C.  
                                        *Attorneys for Plaintiff*

cc:      Lorena Duarte, Esq. (via ECF)  
           *Attorney for Defendants*